GOODMAN v. STATE.　(No. 3592.)

(Court of Criminal Appeals of Texas.　June 9, 1915.)

INDICTMENT AND INFORMATION ☞125—JOINDER OF OFFENSES.

Under Pen. Code 1911, art. 1327, defining robbery, and increasing the punishment if in making the assault a firearm or deadly weapon is used, an indictment that defendant did make an assault on a person named, and by said assault and by violence and putting in fear of life by the use of firearms did fraudulently take from him certain property, is not bad as charging two offenses in one count.

[Ed. Note.—For other cases, see Indictment and Information, Cent. Dig. §§ 334–400; Dec. Dig. ☞125.]

Appeal from Criminal District Court, Dallas County; W. L. Crawford, Jr., Judge.

R. Goodman was convicted of robbery with firearms, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of robbery with firearms, and his punishment assessed at 99 years in the penitentiary. The indictment was good, and followed the statute and approved form. Green v. State, 147 S. W. 593; Bell v. State, 177 S. W. 966, recently decided. There is no statement of facts nor bills of exceptions that can be considered in the absence of a statement of facts.

The judgment is affirmed.